**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SINA KESHTKAR JAFARI, *et al.*,  )<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>MICHAEL R. POMPEO, *et al.*,  )<br>)<br>*Defendants*.  )<br>_____ ) | Case No. 1:19-cv-1819-RCL |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, defendants' Motion to Dismiss (ECF No. 10) is **GRANTED**.

It is **ORDERED** that this case is **DISMISSED** with prejudice.

It is **SO ORDERED**.

Date: May 3, 2020

/s/
Royce C. Lamberth
United States District Court Judge